**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOE WILLIAMS,**

        **Plaintiff,**
  **v.**                              **9:17-CV-990**
                                       **(TJM/ATB)**
**MS. SYKES,** *et al.*,

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I.    INTRODUCTION**

      This pro se action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). In his Report-Recommendation dated March 8, 2018 (Dkt. No. 25), Magistrate Judge Baxter recommends that defendant Feinstein's motion to dismiss (Dkt. No. 14) be granted, and the complaint be dismissed in its entirety as against defendant Feinstein. Dkt. No. 25, p. 14. No objections to the Report-Recommendation have been filed, and the time to do so has expired.

**II.    DISCUSSION**

      After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

### III.     CONCLUSION

Accordingly, the Court **ACCEPTS and ADOPTS** the Report-Recommendation (Dkt. No. 25) for the reasons stated therein.  Defendant Feinstein's motion to dismiss (Dkt. No. 14) is **GRANTED**, and the complaint is **DISMISSED in its entirety as against defendant Feinstein**.

**IT IS SO ORDERED.**

Dated:  April 12, 2018

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge